# Exhibit 2

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| Claim 1.1 A telephone communication system comprising: | As highlighted below, Crexendo VIP platform is part of a telephone communication system that provides business calling via a mobile application that functions as a phone endpoint.<br><br>**Product Related Information Below:**<br><br>**Business Phone System for Desktop and Mobile**<br><br>From your computer to cellphone to desk phones, we can help unify your communications and bring your business into the modern age at an affordable price.<br><br>https://www.crexendo.com/product/mobility/ |

1

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| | **Simple VIP Management** The customizable Crexendo® VIP™ portal-based interface is easy to set up and use to manage all of your business communications on one screen, from anywhere on any device. https://www.crexendo.com/vip/ |
| Claim 1.2 a group of N telephones where N is at least two, each of said N telephones configured to be placed in activated mode and alternatively in stand-by mode such that in stand-by mode a telephone is incapable of placing or receiving | As highlighted below, the platform demonstrates that the system's architecture inherently includes multiple devices, where only one device is active at a time for a given call, and a user can transition (move) the active call to another device. Establishes that the platform can designate an active call-handling endpoint (mobile app or desk phone), while other devices are not the active endpoint for the same call after answer (that can be inferred as a standby-mode). **Product Related Information Below:** |

2

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| a call unless switched to active mode; | <br>https://www.crexendo.com/vip/ |

3

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
|  | **Your Business Phone, Wherever You Are.**<br><br>Leverage a dynamic business phone experience that supports using your device of choice. Manage your communications over multiple devices for optimal efficiency, and use your preferred mobile device(s) with the dedicated VIP mobile app (available for iOS or Android). VIP enables users' business phone number on their personal devices to ensure privacy and to manage the company's external image.<br><br>Choose from Crexendo®'s award-winning portfolio of business desk, cordless, and conference phones to facilitate a traditional desk-phone experience with HD-quality audio and ergonomic, aesthetic design for all user types.<br><br>https://www.crexendo.com/vip/phone/<br><br>**Move Call**<br><br>Seamlessly move a desk phone call to your cell phone without putting the conversation on hold.<br><br>https://www.crexendo.com/product/voice-audio/ |
| Claim 1.3 each of said N telephones associated with a switch; | As highlighted below, the "Transfer" control is a clear software "switch" mechanism associated with telephony endpoints, enabling changing the active call recipient/endpoint.<br><br>**Product Related Information Below:** |

4

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| | **Start seamlessly moving calls from your desk phone to your mobile device and back!**<br><br>Our mobile application and desktop communicator offer the ease and flexibility of working in the office all from your smartphone, laptop or tablet. Go anywhere your work takes you.<br><br>**Mobile Application**<br><br>**Transfer/Forward Calls**<br><br>Capability to receive, transfer or forward calls to any device.<br><br>https://www.crexendo.com/product/mobility/ |
| Claim 1.4 said switch configured to activate one of said N telephones to be an active mode telephone such that all remaining N−1 telephones are on standby mode prior to making an outgoing call or taking an incoming call; | As highlighted below, the Crexendo VIP platform provides features that govern how incoming calls are routed to and handled by multiple telephony endpoints (desk phone, mobile VIP app) such that only one endpoint is actively engaged in a call while others are effectively non-handling for that call (Standby mode). The Do Not Disturb (DND) functionality further illustrates this concept: when a telephone endpoint has DND activated, it suppresses incoming call indications and blocks active call handling until DND is turned off. This behavior reflects a stand-by-like state wherein the device is not only not actively handling the call but is also configured to be incapable of receiving or engaging the call unless its status is changed (i.e., DND disabled).<br><br>Further, in particular, the Do Not Disturb (DND) on Demand feature allows a user to place a specific telephone endpoint into a time-bounded non-handling state. Upon expiration of the configured DND time window, the system automatically removes the DND restriction and the same endpoint is returned to an active call-handling state, where it again receives incoming call indications. This time- |

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| | based DND behavior demonstrates that the system explicitly supports mode-like transitions between a non-active (stand-by) state and an active state without requiring further manual intervention.<br><br>**Product Related Information Below:**<br><br>**Start seamlessly moving calls from your desk phone to your mobile device and back!**<br><br>Our mobile application and desktop communicator offer the ease and flexibility of working in the office all from your smartphone, laptop or tablet. Go anywhere your work takes you.<br><br>**Mobile Application**<br><br>**Transfer/Forward Calls**<br><br>Capability to receive, transfer or forward calls to any device.<br><br>https://www.crexendo.com/product/mobility/ |

6

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| | <br>https://www.crexendo.com/product/voice-audio/ |

7

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| | https://support.crexendo.com/hc/en-us/articles/6044589387671-VIP-VIP-Mobile-User-Guide  https://support.crexendo.com/hc/en-us/articles/5904288482967-VIP-Do-Not-Disturb-on-Demand https://support.crexendo.com/hc/en-us/article_attachments/5904280576791 |

8

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| Claim 1.5 and at least one of said standby telephones configured such that it may be switched to active mode during a telephone call. | As mentioned below, The Crexendo VIP platform supports switching a non-handling (stand-by) telephone to an active mode during a call. Using the Move Call feature, an active call can be transferred from one device to another, thereby activating a previously non-handling endpoint to continue the call. Additionally, with time-based DND, a device placed in a temporary non-active state is automatically returned to an active call-receiving state upon expiration of the configured time window. These behaviors demonstrate that a stand-by telephone may be switched to active mode during the call lifecycle.<br><br>**Product Related Information Below:**<br><br>**Start seamlessly moving calls from your desk phone to your mobile device and back!**<br><br>Our mobile application and desktop communicator offer the ease and flexibility of working in the office all from your smartphone, laptop or tablet. Go anywhere your work takes you.<br><br>**Mobile Application**<br><br>**Transfer/Forward Calls**<br><br>Capability to receive, transfer or forward calls to any device.<br><br>https://www.crexendo.com/product/mobility/ |

9

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
|  | <br>https://www.crexendo.com/product/voice-audio/ |

10

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| | https://support.crexendo.com/hc/en-us/articles/6044589387671-VIP-VIP-Mobile-User-Guide  https://support.crexendo.com/hc/en-us/articles/5904288482967-VIP-Do-Not-Disturb-on-Demand https://support.crexendo.com/hc/en-us/article_attachments/5904280576791 |

11

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
| 2. The system of claim 1 where at least one of said N telephone is a cellular telephone. | The app explicitly supports a mobile (cellular) telephone as part of the multi-device calling group.<br><br>**Product Related Information Below:**<br><br>**Work easily and reliably from anywhere, anytime**<br><br>Work from virtually anywhere, on virtually any device! By combining your phone system with the cloud, you're getting simplicity and robust features on the Crexendo® platform. Seamlessly enable your remote workforce with our mobile applications including our CrexMo mobile app, our mobile and desktop enabled softphones and our capabilities to tie all of your devices into one system.<br><br>✔ Uses 4G, LTE or Wifi<br>✔ iOS and Android App<br>✔ Call Back to US for Free<br>✔ Video Conferencing<br><br>https://www.crexendo.com/solutions/remote-work/<br><br>**Your Business Phone, Wherever You Are.**<br><br>Leverage a dynamic business phone experience that supports using your device of choice. Manage your communications over multiple devices for optimal efficiency, and use your preferred mobile device(s) with the dedicated VIP mobile app (available for iOS or Android). VIP enables users' business phone number on their personal devices to ensure privacy and to manage the company's external image.<br><br>Choose from Crexendo®'s award-winning portfolio of business desk, cordless, and conference phones to facilitate a traditional desk-phone experience with HD-quality audio and ergonomic, aesthetic design for all user types. |

12

| U.S. Patent No. 9,179,011 B1 [Claim] | Crexendo VIP [Relevant Text / Images] |
|---|---|
|  | https://www.crexendo.com/vip/phone/ |
| 8. The system of claim 6 where the common attribute includes an association established via a mobile software application program. | The association between the mobile phone and the rest of the telephone group is explicitly established via the Crexendo VIP platform mobile application.<br><br>Product Related Information Below:<br><br>**Your Business Phone, Wherever You Are.**<br><br>Leverage a dynamic business phone experience that supports using your device of choice. Manage your communications over multiple devices for optimal efficiency, and use your preferred mobile device(s) with the dedicated VIP mobile app (available for iOS or Android). VIP enables users' business phone number on their personal devices to ensure privacy and to manage the company's external image.<br><br>Choose from Crexendo®'s award-winning portfolio of business desk, cordless, and conference phones to facilitate a traditional desk-phone experience with HD-quality audio and ergonomic, aesthetic design for all user types.<br><br>https://www.crexendo.com/vip/phone/ |

13